IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-81114-KLR

JULISSA MALDONADO,

    Plaintiff,

v.

NATIONAL ASSET MANAGEMENT, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

    Respectfully submitted,
    **JULISSA MALDONADO**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT this Notice was filed on this 10th day of January, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. David P. Hartnett, dhartnett@hinshawlaw.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com