**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 11-81114-CIV-RYSKAMP/HOPKINS

JULISSA MALDONADO,

      Plaintiff,

v.

NATIONAL ASSET MANAGEMENT, LLC,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court *sua sponte*.  Plaintiff informed the Court on January 10, 2013 that the parties had settled this matter.  The Court has not received a Rule 41 stipulation of dismissal from the parties.  Nevertheless, the Court sees no reason to leave this matter open merely on account of the parties' failure to submit such papers within a timely manner.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the above-styled case is ADMINISTRATIVELY CLOSED.  If the parties desire to have this matter closed pursuant to a Rule 41 stipulation of dismissal, they shall move the Court to reopen this matter and shall file a Rule 41 stipulation. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 5th day of April, 2013.

                                  S/Kenneth L. Ryskamp
                                  KENNETH L. RYSKAMP
                                  UNITED STATES DISTRICT JUDGE